UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LISA PALMER, | ) | Case No.   2:26-cv-2095-ADS |
|---|---|---|
| Plaintiff, | ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |
| v. | ) | |
| FRANK BISIGNANO, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, **IT IS ORDERED** that fees of $2,998.13 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: July 10, 2026                          /s/ Autumn D. Spaeth
                                     HONORABLE AUTUMN D. SPAETH
                                     United States Magistrate Judge